# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2777
LT Case No. 2010-CF-001858-A

_____

ROBERT L. GRISSOM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Lake County.
James R. Baxley, Judge.

Robert L. Grissom, Live Oak, pro se.

No Appearance for Appellee.

September 30, 2025

PER CURIAM.

AFFIRMED.

MAKAR, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____